UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE SUBPOENA SERVED ON
THE MEAD LAW FIRM
_____/

HCB FINANCIAL CORP.,

    Plaintiff/Subpoena Issuer,

v.                                                Case No. 3:18mc11-MCR-HTC

MEAD LAW FIRM,

    Defendant/Subpoena Recipient.
_____/

## ORDER

This matter is before the Court on Plaintiff HCB Financial Corporation's Withdrawal of Motion to Compel. ECF Doc. 32. Plaintiff seeks to withdraw its Motion to Compel Defendant to respond to a post-judgment discovery subpoena (ECF Doc. 1). The basis for the motion to withdraw is that the court in the underlying litigation, the U.S. District Court for the Southern District of Mississippi, quashed all subpoenas related to the litigation in Mississippi, including the subpoena forming the basis of Plaintiff's Motion to Compel and this case.

Accordingly, it is ORDERED:

The clerk is directed to terminate all pending motions and close the file.

DONE AND ORDERED this 28th day of March, 2019.

*/s/ Hope Thai Cannon*
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**